United States District Court
Southern District of Texas
**ENTERED**
December 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADRIENNE J. WILSON | § |
| | § |
| VS | § CIVIL ACTION NO. H: 21-3964 |
| | § |
| KILOLO KIJAKAZI, *Commissioner of Social Security Administration* | § |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the parties cross-motions for summary judgment (Doc. Nos. 11, 13); the responses and replies (Doc. Nos. 15, 16); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 17) that the Court grant in part and deny in part both motions and remand for further administrative proceedings. Neither party filed objections and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc No. 17) is **ADOPTED**. Plaintiff's Motion for Summary Judgment is **GRANTED** as to the waxing and waning issue. Defendant's Motion for Summary Judgment is **GRANTED** as to the treatment of medical opinions issue. It is further

**ORDERED** this case is **REMANDED** to the Social Security Administration for further administrative proceedings.

SIGNED at Houston, Texas, this ___14th___ day of December 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE