United States District Court
Southern District of Texas

**ENTERED**

June 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| A.J.W., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03964 |
| | § | |
| KILOLO KIJAKAZI, COMMISSIONER OF | § | |
| SOCIAL SECURITY ADMINISTRATION,[1] | § | |
| | § | |
| *Defendant.* | | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding is Plaintiff A.J.W.'s Motion for Attorneys' Fees (Doc. No. 21). The recommended ruling in Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 27) would resolve this motion by granting the Motion for Attorneys' Fees (Doc. No. 21) and ordering Defendant to pay Plaintiff's counsel $15,157.25 of the sum that has been withheld from Plaintiff's past-due benefits and ordering Plaintiff's counsel to refund the entire EAJA fee award to Plaintiff. No parties filed objections to the Memorandum and Recommendation. After a review of the filings, the applicable law, and Judge Ho's Memorandum and Recommendation, the Court hereby **ADOPTS** the Memorandum and Recommendation and hereby **GRANTS** Plaintiff's Motion for Attorney's Fees (Doc. No. 21) and awards the Plaintiff attorneys' fees in the amount of $15,157.25. Counsel for Plaintiff shall refund the EAJA fee award ($7,409.10) directly to the Plaintiff.

It is so ordered.

Signed on this the ____ day of June 2026.

Andrew S. Hanen
United States District Judge

---

[1] Kijakazi was the Commissioner of the Social Security Administration when the Court remanded this case to the Social Security Administration. (Doc. No. 18).